UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

**FILED**
MAR - 8 2023
U. S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) 4:23CR104 SEP/PLC |
| JASON FOSTER, | ) |
| Defendant. | ) |

### INDICTMENT

### COUNT I

The Grand Jury charges that:

On or about the February 21, 2023, in the Eastern District of Missouri, the defendant, JASON FOSTER knowingly aimed the beam of a laser pointer at the flight path of Metro Air Support Helicopter ("AIR 2"), an aircraft in the special aircraft jurisdiction of the United States, in violation of 18 U.S.C. Sec. 39A.

A TRUE BILL.

_____
FOREPERSON

SAYLER FLEMING
United States Attorney

_____
COLLEEN C. LANG, #56872MO
Assistant United States Attorney